**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Keon Frank aka Keon M. Frank, aka Keon Michael Frank | CHAPTER 13 |
| Debtor(s) | BKY. NO. 23-11974 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V and index same on the master mailing list.

    Respectfully submitted,

/s/ *Denise Carlon*
PA Eastern BK
02 Jul 2024, 18:57:11, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322