# U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  KEON FRANK            :  CHAPTER 13
                              :
    Debtor(s)              :  BANKRUPTCY NO. 23-11974AMC

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (docket # 48, the Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #50) is **approved**.

Date: Nov. 1, 2024

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE