United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Keon Frank  
    Debtor

Case No. 23-11974-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 14, 2025      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Keon Frank, 3812 Dresher Road, Bensalem, PA 19020-1420 |
| 14904040 | + | U.S. Bank National Association, not in its individ, c/o Denise Carlon,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 15 2025 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 15 2025 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2025 00:30:33 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | May 15 2025 00:17:25 | Rushmore Loan Management Services, LLC as servicer, FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14796188 | | Email/Text: bankruptcydepartment@tsico.com | May 15 2025 00:24:00 | American Express, c/o Nationwide Credit, Inc, PO Box 15130, Wilmington, DE 19850-5130 |
| 14796189 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 15 2025 00:29:43 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 15000925 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2025 00:31:07 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15001439 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2025 00:31:05 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14796190 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 00:47:14 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14799851 | + | Email/PDF: ebn_ais@aisinfo.com | May 15 2025 00:31:07 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14800380 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 00:30:11 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 15001438 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2025 00:31:07 | Ford Motor Credit Company LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14796191 | ^ | MEBN | May 15 2025 00:17:18 | Freedom mortgage Financial, c/o KML Law |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14796192 | | Email/Text: GenesisFS@ebn.phinsolutions.com | May 15 2025 00:24:00 | Indigo/celtic bank, 15220 NW Greenbrier Pkwy Ste 200, Beaverton, OR 97006-5762 |
| 14796482 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 15 2025 00:24:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14806325 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 15 2025 00:23:00 | Rushmore Loan Management Services, LLC, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14806116 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 15 2025 00:23:00 | Rushmore Loan Management Services, LLC, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14801310 | ^ | MEBN | May 15 2025 00:17:24 | Rushmore Loan Management Services,LLC as servicer, c/o Lauren Moyer, Esq, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14903672 | ^ | MEBN | May 15 2025 00:17:17 | U.S. Bank National Association, as trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14864160 | ^ | MEBN | May 15 2025 00:17:09 | U.S. Bank National Association, et al., c/o Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 14831135 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 15 2025 00:23:00 | U.S. Bank National Association, et al.,, c/o Rushmore Servicing, PO BOX 619096, Dallas, TX 75261-9096 |
| 14812188 | + | Email/PDF: ebn_ais@aisinfo.com | May 15 2025 00:30:37 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14812317 | | Email/PDF: ebn_ais@aisinfo.com | May 15 2025 00:30:40 | Verizon by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, et al., c/o Rushm |
| cr | | U.S. Bank National Association, not in its indivi |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

**Name**    **Email Address**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: pdf900 | Total Noticed: 25 |

CAROL B. MCCULLOUGH
    on behalf of Debtor Keon Frank mccullough@ymalaw.com
    cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com

PAUL H. YOUNG
    on behalf of Debtor Keon Frank support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　KEON FRANK<br><br>　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 23-11974-AMC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: May 13, 2025**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge